# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN BARELA, | CASE NO. 1:08-cv-01630-GSA PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION |
| v. | |
| DERMOT GIVENS, | |
| Defendant. | |

On October 27, 2008, Plaintiff Ruben Barela filed the complaint upon which this action proceeds. The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison. Upon further review by the Court, it has been determined that the present action does not involve conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil action.

IT IS SO ORDERED.

Dated:   **October 30, 2008**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1